## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, Plaintiffs - Appellants Massachusetts Correction Officers Federated Union, by and through its undersigned counsel, hereby states that it is a nongovernmental non-profit corporate party, it has no parent corporation, and it has no publicly issued stock to be held by a publicly held corporation.

                                                                             */s/ James F. Lamond*
                                                                             James F. Lamond

Dated: March 8, 2023