# United States Court of Appeals
## For the First Circuit

No. 22-1747

MASSACHUSETTS CORRECTION OFFICERS FEDERATED UNION, (MCOFU); MICHAEL MOSHER,

Plaintiffs - Appellants,

ZAC GUSTAFSON; DENINA DUNN; ANGELA PUCCI,

Plaintiffs,

v.

CAROL A. MICI, in her official capacity as Commissioner of the Massachusetts Department of Correction; MAURA T. HEALEY in her official capacity as Governor of the Commonwealth of Massachusetts,

Defendants - Appellees.

### CALENDARING NOTICE

Issued: March 21, 2023

This case is presently scheduled to be called for oral argument on **Thursday, May 4, 2023, at 9:30 a.m. in Boston, MA** in the En Banc Courtroom at the Moakley Courthouse. There will be no continuance except for grave cause.

Given the continued public health restrictions, the court will provide live audio access to such arguments to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within 7 days of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the [Designation Form](#) available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and a motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form. Please notify the Calendar Clerk in writing if you wish co-counsel to attend oral argument to ensure there is adequate space in the courtroom to allow their attendance.

**Arguing counsel must arrive by no later than 9:00 a.m., proceed directly to the courtroom, and check in with staff on the 7th Floor near the En Banc Courtroom.** When

entering the building, counsel must comply with the COVID-19 screening procedures applicable to the Moakley Courthouse, which can be found here: [GENERAL ORDER 22-1.](#) In addition, counsel must comply with the COVID-19 precautions for U.S. Court of Appeals for the First Circuit before entering the Court of Appeals Courtrooms and check-in area, which include the requirement that all counsel wear a mask during court proceedings (regardless of vaccination status) except when addressing the court. Important information concerning these precautions and requirements will be sent by email to the attorney who files the requisite Designation Form at the email address provided on that Designation Form.

The identity of the panel and the times allotted to counsel for oral argument will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time. Once counsel begins to argue, the courtroom deputy sets the signal lights. The light turns amber when counsel has five minutes left to argue. The light turns red (and a beep sounds) when counsel's argument time has expired.

On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

Any inquiries about oral argument may be addressed to Daniel Toomey, Calendar Clerk and Courtroom Deputy, by telephone at 617-748-9982.

By the Court:

Maria R. Hamilton, Clerk

cc:
Dennis Coyne
Christine Fimognari
Grace Gohlke
Jennifer Ellen Greaney
James F. Lamond
David Milton
Jessie J. Rossman
Matthew R Segal