# United States Court of Appeals
## For the First Circuit

No. 22-1747

MASSACHUSETTS CORRECTION OFFICERS FEDERATED UNION, (MCOFU); MICHAEL MOSHER,

Plaintiffs - Appellants,

ZAC GUSTAFSON; DENINA DUNN; ANGELA PUCCI,

Plaintiffs,

v.

CAROL A. MICI, in her official capacity as Commissioner of the Massachusetts Department of Correction; MAURA T. HEALEY in her official capacity as Governor of the Commonwealth of Massachusetts,

Defendants - Appellees.

### CORRECTED CALENDARING NOTICE[*]

Issued: March 23, 2023

**The court will conduct oral argument remotely in this case on Thursday, May 4, 2023** at **9:30 a.m.**, in lieu of in-person appearance. **Check-in at 9:00 a.m.** before court begins is required. There will be no continuance except for grave cause.

Given the continued public health restrictions and limits on public access to the Court of Appeals, the court will also provide live audio access to such arguments, unless the court closes the proceedings to the public. After the end of the day's arguments, audio recordings of each argument will be available on the court's website. Counsel therefore should consider the privacy implications of this before argument.

**Within 7 days of the date of this notice**, counsel for each party must advise this office of the name of the person(s) who will be presenting oral argument by completing and filing the Designation Form available on the court's website at www.ca1.uscourts.gov. If counsel presenting oral argument has not yet entered an appearance, counsel must file an appearance and motion in accordance with 1st Cir. R. 12.0(a) with the Designation Form.

---

[*] The calendar notice was corrected and reissued to note that the oral argument will be a held remotely on Thursday, May 4, 2023 at 9:30 a.m. and that an additional remote testing meeting for counsel will be required on Tuesday, April 25, 2023 at 10:00 a.m.

      Counsel who will be presenting (or assisting presenting counsel at) oral argument are hereby ordered to attend a remote conference on **Tuesday, April 25, 2023** at **10:00 a.m.** to review relevant procedures for the hearing. Additional information about this virtual meeting will be sent via email to the email address included on counsel's Designation Form.

      The identity of the panel will be posted on the Court Calendar page of the court's website one week prior to the date of oral argument. Where there is more than one party on a side, the courtroom deputy will contact counsel about dividing the argument time.

      On occasion, cases scheduled for oral argument are removed from the calendar before the scheduled date. The oral argument calendar is frequently prepared before the judges have completed their review of the briefs. Therefore, if the panel ultimately concludes that argument is not warranted in a particular case, that case will be removed from the argument calendar. In such circumstances, the clerk's office will endeavor to notify counsel as promptly as possible.

      Any inquiries about oral argument may be addressed to the Calendaring Clerk, Daniel Toomey, 617-748-9982.

      By the Court:

      Maria R. Hamilton, Clerk

cc:
Dennis Coyne
Christine Fimognari
Grace Gohlke
Jennifer Ellen Greaney
James F. Lamond
David Milton
Jessie J. Rossman
Matthew R Segal