# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: __22-1747__

Case Name: Massachusetts Correction Officers Federated Union, et al v. Mici, et al

Date of Argument: __5/4/23__

Location of Argument: ☑ Boston  ☐ Puerto Rico  ☐ Other: _____

Name and appellate designation of the party(ies) you will be arguing on behalf of:
__Massachusetts Correction Officers Federated Union and Michael Mosher__

Attorney Name: __James F. Lamond__  First Circuit Bar No.: __10400__

Phone Number: __508-485-6600__  Fax Number: __508-485-4477__

Email: __jlamond@masslaborlawyers.com__

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

_James F. Lamond_ (Signature)     _3/27/2023_ (Date)

[Print]  [Reset]