# United States Court of Appeals
## For the First Circuit

### Designation of Attorney Presenting Oral Argument

**Counsel who intend to present oral argument to the court must file this form by the deadline indicated in the Calendaring Notice issued by the court and, in any regard, no later than two weeks prior to oral argument.**

Counsel presenting oral argument <u>must</u> be admitted to practice before this court and <u>must</u> have entered an appearance in the case. Counsel who have not entered an appearance <u>must</u> file an appearance and a motion for leave pursuant to Loc. R. 12.0(a) with this designation.

Appeal No.: 22-1747

Case Name: Massachusetts Correction Officers Fed. Union, et al., v. Mici, et al.

Date of Argument: May 4, 2023

Location of Argument: ☐ Boston  ☐ Puerto Rico  ☑ Other: Remote

Name and appellate designation of the party(ies) you will be arguing on behalf of:
Carol Mici as Comm. of Dep. of Correction and Maura Healey as Governor of Mass.

Attorney Name: Jennifer E. Greaney          First Circuit Bar No.: 1156842

Phone Number: 617-963-2981                 Fax Number: 617-727-5785

Email: jennifer.greaney@mass.gov

Check the box that applies:

☑ I have already filed an appearance in this matter.

☐ I am filing my appearance form and a motion in accordance with Loc. R. 12.0(a) contemporaneously with this form.

/s/ Jennifer E. Greaney                     3/28/23
(Signature)                                 (Date)