

THE COMMONWEALTH OF MASSACHUSETTS
OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

(617) 727-2200
www.mass.gov/ago

April 28, 2023

**BY ELECTRONIC FILING**

Maria R. Hamilton,
Clerk of the Court
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

    Re:    *Mass. Correction Officers Fed. Union, et al. v. Mici, et al.*, No. 22-1747

Dear Ms. Hamilton:

    The Defendants-Appellees in the above-referenced matter write pursuant to Fed. R. App. P. 28(j) to inform the Court that the Governor of Massachusetts, Maura T. Healey, issued Executive Order 607 ("EO 607"), a copy of which is attached hereto as Exhibit 1, on March 15, 2023. *See* 1492 Mass. Reg. 3-5 (March 31, 2023).

    Governor Healey's EO 607 states that Executive Order 595 ("EO 595") will be rescinded as of May 11, 2023. *See id.* at 4; Ex. 1 at 2. The Defendants-Appellees do not expect or intend to make any argument for purposes of the instant appeal in relation to the impending rescission of EO 595. However, had EO 607 been issued prior to the filing of the Defendants-Appellees' brief, they would have disclosed this change of circumstances to the Court in their Statement of the Case, within pp. 5-12 of their brief.

    This matter is scheduled for oral argument on May 4, 2023.

                              Respectfully

                              *Jennifer E. Greaney*

cc (by ECF Filing):    James F. Lamond, Esq.