UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| Massachusetts Correction Officers Federated Union et al.,<br><br>    Plaintiff-Appellants,<br><br>v.<br><br>Mici, et al.,<br><br>    Defendant-Appellees. | Appeals Court No. 22-1747 |

**DISMISSAL AGREEMENT PURSUANT TO**
**FED. R. APP. P. RULE 42(b)(1)**

The parties to the above-captioned appeal agree to its dismissal, with any costs to be taxed against the Appellants pursuant to Fed. R. App. P. 39(a)(1).

For the Appellants,

*/s/ James F. Lamond*
James F. Lamond
McDonald Lamond Canzoneri
352 Turnpike Road
Suite 210
Southborough, MA 01772-1756
(508) 485-6600

Dated:  May 3, 2023

For the Appellees,

*/s/ Jennifer Ellen Greaney*
Jennifer Ellen Greaney
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, 20th Floor
Boston, MA 02108
(617) 963-2981

May 3, 2023