# United States Court of Appeals
## For the First Circuit

_____

No. 22-1747

MASSACHUSETTS CORRECTION OFFICERS FEDERATED UNION, (MCOFU); MICHAEL MOSHER,

Plaintiffs - Appellants,

ZAC GUSTAFSON; DENINA DUNN; ANGELA PUCCI,

Plaintiffs,

v.

CAROL A. MICI, in her official capacity as Commissioner of the Massachusetts Department of Correction; MAURA T. HEALEY in her official capacity as Governor of the Commonwealth of Massachusetts,

Defendants - Appellees.

_____

**JUDGMENT**

Entered: May 3, 2023
Pursuant to 1st Cir. R. 27.0(d)

      Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(1) with Appellants to bear any incurred costs. This case is removed from the calendar for Thursday, May 4, 2023.

      Mandate to issue forthwith.

      By the Court:

      Maria R. Hamilton, Clerk

cc:
David Milton
James F. Lamond
Matthew R Segal
Jennifer Ellen Greaney
Jessie J. Rossman
Dennis Coyne
Christine Fimognari
Grace Gohlke