# United States Court of Appeals
## For the First Circuit

No. 22-1747

MASSACHUSETTS CORRECTION OFFICERS FEDERATED UNION, (MCOFU); MICHAEL MOSHER,

Plaintiffs - Appellants,

ZAC GUSTAFSON; DENINA DUNN; ANGELA PUCCI,

Plaintiffs,

v.

CAROL A. MICI, in her official capacity as Commissioner of the Massachusetts Department of Correction; MAURA T. HEALEY in her official capacity as Governor of the Commonwealth of Massachusetts,

Defendants - Appellees.

**MANDATE**

Entered: May 3, 2023

In accordance with the judgment of May 3, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Dennis Coyne
Christine Fimognari
Grace Gohlke
Jennifer Ellen Greaney
James F. Lamond
David Milton
Jessie J. Rossman
Matthew R Segal